■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LINDSAY, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on September 24, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN GORHAM, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on June 3, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Asch, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN CHRISTIE, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on February 14, 1985, unanimously affirmed. Defendant's motion for reargument of this court's order entered on January 19, 1988 is denied. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON GALE, Appellant.—Judgment, Supreme Court, New York County (Frank Blangiardo, J.), rendered on May 27, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Kassal, Rosenberger and Ellerin, JJ.